# CRIMINAL DOCKET — U.S. District Court

| | | |
|---|---|---|
| PO ☐ | 113C | 1 |
| Misd. ☐ | Assigned | 3C28/3CBG |
| Felony ☒ | District | Off | Judge/Magistr |

☐ WRIT  ☐ JUVENILE  ☐ ALIAS  OFFENSE ON INDEX CARD

U.S. VS. (LAST, FIRST, MIDDLE)  **WHITE, JIMMY**

Case Filed: Mo. 03  Day 21  Yr 91
Docket No. 00204-LCN-1
No. of Def's: 1

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 18:922(g)(1) | Poss of firearm by convicted felon | 1 |

## II. KEY DATE

- INTERVAL ONE — KEY DATE / EARLIEST OF: arrest / sum'ns / custody / appears-on complaint
- END ONE AND/OR BEGIN TWO — KEY DATE: **3/21/91** APPLICABLE
  - ☒ Indictment filed/unsealed
  - ☐ consent to Magr. trial on complaint
  - ☐ Information
  - ☐ Felony-W/waiver
- KEY DATE — a) 1st appears on pending charge /R40  b) Receive file R20/21  c) Supsdg: Ind't/Inf  d) Order New trial  e) Remand  f) G/P Withdrawn
- END INTERVAL TWO — KEY DATE APPLICABLE — Dismissal / Pled guilty / Nolo / Trial

1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED

## III. MAGISTRATE

Search Warrant: Issued / Return
Summons: Issued / Served
Arrest Warrant Issued
COMPLAINT ▶
Date of Arrest  OFFENSE (In Complaint)

INITIAL APPEARANCE DATE ▶
PRELIMINARY EXAMINATION / Date Scheduled
☐ REMOVAL HEARING / Date Held
☐ WAIVED  ☐ NOT WAIVED  Tape Number
☐ INTERVENING INDICTMENT

OUTCOME: ☐ DISMISSED / HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT / HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

12025/ CAT I/P

RULE ☐ 20 ☐ 21 ☐ 40 In Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS — U.S. Attorney or Asst.

**MARIA A. FRANCO**

Defense: ☒ CJA  2 ☐ Ret.  3 ☐ Waived  4 ☐ Self  5 ☐ Non/Other  6 ☐ PD  7 ☐ CD

ATTY: HOWARD FREIDIN, ESQ.
Barnett Bank Building
12381 S. Cleveland Ave.  Ste 102
Fort Meyers, FL  33907
813-939-5086

DEFT: 276 NE 78th Stret
      Miami, FL  33138
      756-6268

### BAIL & RELEASE

**PRE-INDICTMENT**
Release Date:
Bail Denied ☐  Fugitive ☐  Pers. Rec. ☐  PSA ☐
AMOUNT SET: $
Conditions: 10% Dep / Surety Bnd / Collateral / 3rd Prty / Other
☐ Bail Not Made
Date Bond Made:

**POST-INDICTMENT**
Release Date: 9/29/92
Bail Denied ☐  Fugitive ☐  Pers. Rec. ☐  PSA ☐
AMOUNT SET: $50K  PS
Conditions: 10% Dep / Surety Bnd / Collateral / 3rd Prty / Other
☐ Bail Not Made
Date Bond Made:

### FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

| DATE | | V. PROCEEDINGS | | |
|---|---|---|---|---|
| 1991 | | | | |
| Mar 21 | 1 | INDICTMENT ret'd at Miami, Fl. | | dmt |
| APR 22 | 2 | NOTICE of transfer to fugitive status. | | hr |
| AUG 19 | 3 | WARRANT for arst issued 8/16/91. | | hr |
| 1992 | | | | |
| SEP 14 | 4 | RULE 40 papers in from USDC-Middle district of FL., Ft. Meyers incl app bond, consent to removal, CJA appt of csl. | | hr |
| 14 | 5 | NOTICE of appr of csl. | | hr |
| 16 | 6 | ORDER(BLG 9/15/92) setting initial appr hrg on 9/29/92 at 2pm (EOD 9/22/92 CCAP) | | hr |
| OCT 1 | 7 | WARRANT for arst retd exec 9/29/92. | | hr |
| *SEP 29 | 8 | ORDER(BLG 9/29/92) on initial app dated 9/29/92;perm csl retd;bond set $50,000.00 PSB (no hrg);electronic monitoring (EOD 9/5/92CCAP) | | hr |
| 29 | 9 | NOTICE of perm app as csl by Howard Freidin. | | hr |
| 29 | 10 | ARRAIGNMENT before BLG on 9/29/92;n/g plea. | | hr |
| 29 | 11 | SDO (BLG 9/29/92) | | hr |
| 29 | 12 | APPEARANCE bond in amt $50,000.00PS signed 9/29/92. | | hr |
| OCT 19 | 13 | PETITION & ORDER(LCN 10/17/92) for show cause hrg re bond revocation(EOD 10/21/92 CCAP) | | hr |
| 27 | 14 | CJA20 appt of Howard Freidin; # 524775. | | hr |
| Nov. 12 | 15 | ORDER (LCN 11/10/92) Setting bond revocation hrg for 11/30/92 at 1:30 p.m. (EOD 11/25/92). | | kh |
| 12 | 16 | ORDER (LCN 11/10/92)Setting Jury trial for two-wk period of 11/30/92 w/ cal call set for that date at 1:00 pm. (EOD 11/25/92). | | kh |
| 16 | 17 | PETITION & ORDER (LCN 11/13/92) for action on conditions of Pretrial Release. (EOD 11/25/92). | | kh |
| 17 | 18 | ORDER (PRP 11/17/92) REMANDING deft. into custody of the U.S. Marshals to be taken before Judge Nesbitt. | | kh |
| 17 | 19 | WARRANT of arrest. | | kh |
| 18 | 20 | MOTION for continuance of bond revoc. hrg. call of trial calendar. | | kh |
| 20 | 21 | GOVT'S responses to S.D.O. | | kh |
| 1993 | | | | |
| JAN 25 | 22 | ORDER(LCN 1/23/93) resetting trial date to 2wks 2/1/93;s/t excl from 1/19/93 to 2/1/93 (EOD 1/29/93 CCAP) | | hr |
| FEB 3 | 23 | MINUTES s/c dated 2/3/93 before Judge Nesbitt. | | hr |
| 5 | 24 | PLEA agreement. | | hr |
| 5 | 25 | MINUTES g/pl hrg dated 2/4/93; G/ct 1 ind. | | hr |
| 5 | 26 | NOTICE sent set for 4/12/93 at 11am. | | hr |
| APR 15 | 27 | TRANSCRIPT of proceeding held 2/4/93 before Judge Nesbitt; vol #1; pages 1-15. | | hr |
| 21 | 28 | MINUTES sent before Judge Nesbitt dated 4/21/93. | | hr |
| 26 | 29 | CJA24 auth pay amt $60.00 for transcript; #77283. | | hr |
| 27 | 30 | J&C( LCN 4/24/93) sent of impr for a term of 21 mos as to ct 1; 3 yrs supervised release; if deported no re-entry; assessment, $50.00; remaining cts dism; remanded (EOD 4/28/93 CCAP M) | | hr |
| MAY 24 | 31 | CJA21 auth pay amt $280.00 for professional services; voucher 149052. | | hr |
| JUL 16 | 32 | ORDER(LCN 7/15/93) that the amount of $7,370.94 requested for fees is reduced to $3,500.00 for representation of deft (EOD 7/21/93 CCAP) | | hr |
| AUG 12 | 33 | CJA20(LCN 7/15/93) auth pay amt $3,649.00 to Howard Freidin #524775(EOD 8/13/93 CCAP) | | hr |
| 1994 | | | | |
| APRIL 2 | 34 | XXXXXXXXXSEALEDXXXXXXXXXXXXXXXXX error | | XXXXXX |

DOCKET SHEET SCANNED AS D.E. 34